**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS            Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

Robin Swaite_____

Civil Case # 1:18-cv-01905-RLY-TAB

_____

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil

Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death

of Plaintiff, Robin Swaite, who died on or about December 1, 2023.

Dated: August 21, 2025.

Respectfully Submitted,

_/s/ Thomas Wm. Arbon_____
Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
tarbon@bencmartin.com

*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 21, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon
